FILED
02 SEP 10 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BEVERLY O'NEIL,                 }
                                }
    Plaintiff,                  }
                                }      CIVIL ACTION NO.
v.                              }
                                }      02-AR-2176-S
DEPARTMENT OF LABOR,            }
                                }
    Defendant.                  }

ENTERED
SEP 10 2002

### MEMORANDUM OPINION

Using the "General Complaint Form For *Pro Se* Litigants" furnished by this court, Beverly O'Neil ("O'Neil") seeks $150,000,000 from the United States Department of Labor for "violation of Civil Rights Act, violation of ADA, undue enrichment." She has accompanied the form complaint with a court-furnished "*In Forma Pauperis* Affidavit," in which she checks the request for "appointment of an attorney," but fails to check the request for "authority to commence an action without prepayment of fees, costs or security." Nevertheless, the court will assume that O'Neil, as a *pro se* litigant, wishes to commence an action *in forma pauperis*.

Giving her the benefit of every doubt, O'Neil's allegations of fact do not support the ultimate claims she makes, or any other claims she could make against the Department of Labor. There is no purpose to be served in prolonging O'Neil's or the court's agony by appointing an attorney for her. It would also provide agony for the attorney, who would be confronted by Rule 11 and who could not

3

be compensated unless he or she won a case lacking in colorable merit.

The court will allow the filing of O'Neil's complaint without prepayment of costs, but will by separate order deny her application for appointment of attorney and will dismiss her complaint with prejudice because her would-be complaint is incapable of being successfully amended.

DONE this 10th day of September, 2002.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE